# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CARNEY,<br><br>                                Plaintiff,<br>  vs.<br>VERIZON WIRELESS TELECOM, INC., et al.,<br><br>                              Defendants. | CASE NO. 09cv1854 DMS (AJB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A telephonic status conference was held on December 17, 2009. Thomas Falvey, J.D. Henderson and Wilmer Harris appeared on behalf of Plaintiff, and Richard Drooyan and Karen Ephraim appeared on behalf of Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. Defendants shall file their motion to dismiss on or before **December 23, 2009**. Plaintiff shall file her opposition to the motion on or before **February 1, 2010**, and Defendants shall file their reply on or before **February 24, 2010**. The motion shall be set for hearing on **March 12, 2010**, at **1:30 p.m.**

DATED: December 17, 2009

                                                HON. DANA M. SABRAW
                                                United States District Judge